UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL BROWN, E15746,<br><br>Plaintiff. | Case No. 21-cv-00356-CRB (PR)<br><br>**ORDER DIRECTING CLERK TO CLOSE/TERMINATE ACTION** |

On January 15, 2021, the clerk filed as a new action a letter from plaintiff complaining about the conditions of his confinement at California State Prison, Solano (SOL) in Vacaville. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). The court sent plaintiff blank prisoner complaint and IFP forms and advised him that failure to file the requested items within 28 days would result in dismissal of the action.

On February 8, 2021, plaintiff filed a letter explaining that it was not his intention to file a new action but rather to bring to the attention of Judge Jon Tigar, who is overseeing a class action regarding overcrowding and other conditions in the state prisons, the COVID-19 related shortcomings at SOL. ECF No. 5 at 1.

The clerk is directed to close/terminate this action as improvidently opened/filed and to send a copy of plaintiff's February 8, 2021 letter (ECF No. 5) to class counsel in Plata v. Newsom, 01-cv-01351-JST. No filing fee for this improvidently opened/filed action is due. Plaintiff is reminded that, if he wishes, he may file an individual action concerning COVID-19 related

shortcomings at SOL in federal court.  But because SOL is in Solano County, such action should be filed in the United States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).

**IT IS SO ORDERED**.

Dated: February 19, 2021



CHARLES R. BREYER
United States District Judge